IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TODD BRANDON TURNER, JR, ) <br> ID # 926134, ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> DIRECTOR, Texas Department of ) <br> Criminal Justice, Correctional ) <br> Institutions Division, ) <br> Respondent. ) | No. 3:19-CV-3032-K-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the *Respondent's Motion to Dismiss Turner's First Ground as Moot with Brief in Support*, received on March 31, 2022 (doc. 15), is **GRANTED**, and the petitioner's first ground for relief is **DISMISSED** for lack of jurisdiction. The *Petition for a Writ of*

*Habeas Corpus by a Person in State Custody*, received on December 23, 2019 (doc. 3), is **DENIED** with prejudice as barred by the statute of limitations as to the petitioner's second ground for relief.

    **SO ORDERED.**

    **Signed January 4th, 2023.**

                                                **ED KINKEADE**
                                                **UNITED STATES DISTRICT JUDGE**